EXHIBIT E



# Soxsi | Feet for Fitness

- Login
- Privacy Policy
- Cart (0)

- Home
- Sexy Socks
- About
- Shop
- Testimonials
- Contact Us

## Shop

Showing all 6 results

Default sorting



**Pilates and Yoga socks**
**1 Pair**
**Small Size – Black**
$13.95

1

Add to cart



**Pilates and Yoga socks**
**1 Pair**
**Medium Size – Black**
$13.95

1

Add to cart



**Pilates and Yoga Socks**
**Half Dozen (6 Pairs)**
**Small Size – Black**
$59

1

Add to cart





**Pilates and Yoga Socks**
**Half Dozen (6 Pairs)**
**Medium Size – Black**
$59

1

Add to cart

Case 0:13-cv-61303-RSR   Document 1-7   Entered on FLSD Docket 06/12/2013   Page 3 of 3




**Pilates and Yoga Socks Dozen (12 Pairs) Small Size – Black**

$81




**Pilates and Yoga Socks Dozen (12 Pairs) Medium Size – Black**

$81



**Sexy Soxsi Socks**

Your Financial Information Is Safe- SSL Checkout Please feel free to call Soxsi team:
Soxsi USA customer service phone: +1 954 990-9996
Send us an Email: socks@soxsi.com





© Copyright 2013 Soxsi.com. All rights reserved.
By Hotelwww

http://www.soxsi.com/shop-socks/   6/12/2013